PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: MICHAEL A. RODRIGUEZ                               Cr.: 02-00417-01

Name of Sentencing Judicial Officer: HONORABLE ROBERT B. KUGLER, United States District Judge

Date of Original Sentence: 10/04/05

Original Offense: Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 2, a Class C felony

Original Sentence: Thirty-five (35) month imprisonment to be followed by three (3) years of supervised release, and to pay a $100 special assessment

Special Conditions: 1) Substance Abuse Treatment; 2) Mental Health Treatment; 3) DNA Collection

Type of Supervision: Supervised Release                             Date Supervision Commenced: 10/04/05

Assistant U.S. Attorney: Jason Richardson                           Defense Attorney: Christopher O'Malley

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 1, 2006, he offender was arrested by the HIDTA Narcotics Task Force, in Camden, New Jersey, and charged with the following: Count 1) Possession of a Controlled Dangerous Substance; Count 2) Manufacturing/Distributing a Controlled Dangerous Substance; and Count 3) Possession of a Controlled Dangerous Substance on School Property. On that date, the offender was remanded to the Camden County, New Jersey, Jail in lieu of $85,000 cash bail on all counts. As of the date of this report, no date has been scheduled in Camden City Municipal Court. |

PROB 12C - Page 2
MICHAEL A. RODRIGUEZ

2   The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

On or about December 12, 2005, the offender was accepted as an Alternative Work Experience Program student at the Genesis School of Business, Camden, New Jersey. He was enrolled in their Information Technology/Basic Skills 35 hour per week course that was scheduled to begin on December 19, 2005 and end on February 28, 2006. The Probation Office allowed the offender to enroll in this class in lieu of securing employment. However, on or about December 23, 2005, the offender was terminated from the program due to his failure to attend classes (only attended 1 class). Subsequently, on January 9, 2006, the offender was instructed by his probation officer to secure a lawful occupation. As of the date of this report, the offender has failed to secure employment.

3   The offender has violated the supervision condition which states '**As a condition of supervision, the defendant shall pay a special assessment in the amount of $100.**'

As of the date of this report, the offender has failed to pay his $100 special assessment as ordered.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joshua R. MacAvoy
U.S. Probation Officer
Date: 02/03/06

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

February 7, 2006
_____
Date