UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

-vs-                                    Case No. 02-417(RBK)

MICHAEL A. RODRIGUEZ

### ORDER OF DETENTION PENDING HEARING ON REVOCATION OF SUPERVISED RELEASE

The Defendant having appeared before the Court for an initial appearance on October 24, 2006, in connection with a petition for violation of supervised release; and

The Defendant having waived his right to preliminary hearing under Fed. R. Crim. P. 32.1(b)(1); and

The Government having moved for detention pending the final revocation hearing; and the Defendant having consented to detention pending the final hearing,

**IT IS** on this 24th day of October, 2006, hereby

**ORDERED** that Defendant is detained without bail pending the final revocation hearing in this matter scheduled for November 2, 2006 at 10:00am before the Honorable Robert B. Kugler, USDJ.

_____
ANN MARIE DONIO,
UNITED STATES MAGISTRATE JUDGE