## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                               **DATE OF PROCEEDINGS:** 11/2/06

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                                     **DOCKET NO:** CR #02-00417 (01)

Joshua R. Mac Avoy (U.S. Probation)

**TITLE OF CASE:**

UNITED STATES OF AMERICA
        (vs)
MICHAEL A. RODRIGUEZ

**APPEARANCES:**
Jason Richardson, AUSA for Gov.'t.
Lori Koch, A.F.P.D. for deft.
(Deft. present)

**NATURE OF PROCEEDINGS:** - PLEA TO VIOLATION #1 OF 3-Ct. VIOLATION OF SUPERVISED RELEASE.

Defendant informed of charges, rights & penalties.

**PLEA:** GUILTY to Violation #1 of 3-Ct. Violations of Supervised Release

**Sentence:** Whereupon it is ordered and adjudged that the previously imposed term of Supervised Release is revoked and the offender is hereby committed to the custody of the Bureau of Prisons for a term of 20 months. As previously ordered, the offender owes a $100 special assessment. The special assessment is due immediately. It is recommended that the offender participate in the Bureau of Prisons Inmate Financial Responsibility Program. It is further ordered that the offender, Michael A. Rodriguez, shall immediately be remanded to custody.

Hearing on application by Gov.'t. to dismiss Violation #'s 2 & #3 of Violation of Supervised Release.

(over)

**COURT ADVISED DEFT. OF RIGHT TO APPEAL.**

_____
Deputy Clerk

Time Commenced: 10:10 AM    Time Adjourned: 10:01 AM